**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEBORAH ROBIN, individually and on behalf of others similarly situated,<br>Plaintiff-Petitioner,<br>v.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., an Illinois Corporation,<br>Defendant-Respondent. | CIVIL ACTION<br>NO.: 24-391-SDD-RLB<br>CLASS ACTION<br>JURY DEMAND |

**ORDER**

**CONSIDERING** the foregoing *Plaintiff's Unopposed Motion for Attorneys' Fees, Costs, and Plaintiff's Service Award*;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Defendant's agreement to pay attorneys' fees and costs in the amount of **$205,000.00**, in accordance with the terms of the Settlement Agreement, is **APPROVED**, and Defendant is directed to make such payment in accordance with the Agreement; and
2. Defendant's agreement to pay a Service Award in the amount of **$5,000.00** to the Named Plaintiff, Deborah Robin, in accordance with the terms of the Settlement Agreement, is **APPROVED**, and Defendant is directed to make such payment in accordance with the Agreement.

Baton Rouge, Louisiana, this 5 day of August, 2026.

Shelly D. Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**